# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

Bridget M. McCormack,
Chief Justice

158766

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 158766
        COA: 345340
        Barry CC: 2018-000103-FH

DANIEL SCOTT GERMAN,
        Defendant-Appellant.

_____/

By order of April 2, 2019, the application for leave to appeal the October 18, 2018 order of the Court of Appeals was held in abeyance pending the decision in *People v Dixon-Bey* (Docket No. 156746). On order of the Court, leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



Clerk

p1023